# United States Court of Appeals for the Federal Circuit

<u>E R R A T A</u>

April 12, 2005

Appeal No. 03-1285,-1313 <u>Smithkline Beecham v Apotex Corp.</u>,

Majority Precedential Opinion

Decided:  April 8, 2005

In the majority opinion, page 4, third line from the bottom:

Delete the word "anhydrate" and insert in its place "hemihydrate"